UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY DANIELLE GOLDFINCH,<br><br>Defendant. | CASE NO. CR00-418-TSZ<br><br>PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on November 23, 2005. The United States was represented by Peter Mueller. The defendant was represented by Tim Lohraff for Brian Tsuchida. The proceedings were recorded on disk.

## CONVICTION AND SENTENCE

Defendant had been convicted of Embezzlement by a Bank Employee on or about December 15, 2000. The Hon. Thomas S. Zilly of this court sentenced Defendant to 1 month confinement followed by 5 years of supervised release.

The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

//

//

PROPOSED FINDINGS
PAGE -1-

## DEFENDANT'S ADMISSION

USPO Jerrod Akins alleged that Defendant violated the conditions of supervised release in one respect:

(1) Committing the crime of 1st degree theft on or before October 26, 2005, in violation of the general condition of supervision which states that the defendant shall not commit another federal, state, or local crime.

At an initial hearing, I advised the defendant of these charges and of her constitutional rights. At today's hearing Defendant admitted the violation, waived any hearing as to whether it occurred, and consented to having the matter set for a disposition hearing before the Hon. Thomas S. Zilly.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of her supervised release as alleged; and set the matter for a disposition hearing.

Defendant has been released pending a final determination by the court.

DATED this 30th day of November, 2005.

MONICA J. BENTON
United States Magistrate Judge

cc: Sentencing Judge         : Hon. Thomas S. Zilly
    Assistant U.S. Attorney  : Peter Mueller
    Defense Attorney         : Brian Tsuchida
    U. S. Probation Officer  : Jerrod Akins

PROPOSED FINDINGS
PAGE -2-